# ELECTRONIC RECORD

COA # 14-14-00510-CR

OFFENSE: DWI

STYLE: William Michael Dixon v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 208th District Court

DATE: July 7, 2015   Publish: No

TC CASE #:1383453

## IN THE COURT OF CRIMINAL APPEALS

STYLE: William Michael Dixon v The State of Texas

CCA # _____

_APPELLANT'S_ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE: _10/28/2015_

JUDGE: _Per Curiam_

CCA Disposition: **1013-15**

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD